```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HUMANIX PUBLISHING, LLC,

        Plaintiff/Counter-Defendant,

v.

REGNERY PUBLISHING, INC. and BETSY McCAUGHEY,

        Defendants/Counterclaimants/Third-Party Plaintiffs,

v.

NEWSMAX MEDIA, INC.,

        Third-Party Defendant

1:13-cv-00844-JMF

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff/-Counter-Defendant Humanix Publishing, LLC, Defendants/Counterclaimants/Third-Party Plaintiffs Regnery Publishing Inc. and Betsy McCaughey, and Third-Party Defendant Newsmax Media, Inc., through their respective counsel, that pursuant to Rule 41(a), Federal Rules of Civil Procedure, all claims and counter-claims asserted in said action shall be dismissed, with prejudice. Each party, as between them, shall bear its own costs, expenses, and attorneys' fees associated with this action.

This stipulation may be executed in separate counterparts, each of which shall constitute one and the same agreement. Facsimile copies of execution signatures hereon shall be deemed the equivalent of original signatures.

Dated: New York, New York
       October 18, 2013

| | |
|---|---|
| BAKER & HOSTETLER LLP<br>*Attorneys for Regnery Publishing, Inc. and Betsy McCaughey*<br><br>By: _____<br>Mark I. Bailen<br>Washington Square<br>1050 Connecticut Ave., N.W., Suite 1100<br>Washington, D.C. 20036-5304<br>Tel: (202) 861-1715 | SATTERLEE STEPHENS BURKE & BURKE LLP<br>*Attorneys for Humanix Publishing, LLC and Newsmax Media, Inc.*<br><br>By: _____<br>Mark Lerner<br>Abigail Snow<br>230 Park Avenue, Suite 1130<br>New York, New York 10169<br>Tel: (212) 818-9200 |

SO ORDERED THIS 21st DAY
OF OCTOBER, 2013

_____
JESSE M. FURMAN
United States District Judge

The Clerk of Court is directed to close this case. All motions are denied as moot. All conferences are cancelled.